STATE OF NEW JERSEY v. JAMES R. SHERMAN.

February 11, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN C. TEUFEL, JR.

February 11, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. YOUSSEF RAHME.

February 11, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ANDREW MITCHELL.

February 11, 1974. Petition for certification denied.

STELLA GUTOWSKI v. ROSE LEIBOW.

February 11, 1974. Petition for certification denied.

DANIEL HEALING v. F. MERTON SAYBOLT.

February 11, 1974. Petition for certification denied.